Valerie Tropea, Respondent,
against
Bestway Contractor and Wasim Khan, Appellants. 




Kim L. Zinke of counsel, for appellants.
Valerie Tropea, respondent pro se (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Robin Kelly Sheares, J.), entered January 16, 2018. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $3,637.50.




ORDERED that the judgment is reversed, without costs, and the matter is remitted to the Civil Court for a new trial.
Plaintiff commenced this small claims action to recover the principal sum of $5,000 as a result of defendants' allegedly defective repairs and breach of a contract. After a nonjury trial, the Civil Court awarded plaintiff a judgment in the principal sum of $3,637.50.
In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (CCA 1807; see CCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2006]). 
The trial of this small claims action produced a record insufficient to permit informed appellate review of the issues presented (see DeRosario v Best Furniture House Corp, 39 Misc 3d 143[A], 2013 NY Slip Op 50783[U] [App Term, 1st Dept 2013]; Landis v Fusion, 22 Misc 3d 127[A], 2009 NY Slip Op 50033[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2009]). Consequently, it cannot be determined whether substantial justice has been done between the parties according to the rules and principles of substantive law (CCA 1804, 1807).
Accordingly, the judgment is reversed and the matter is remitted to the Civil Court for a new trial.
WESTON, J.P., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 31, 2020